BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBINSON,<br><br>        Plaintiff,<br><br>  v.<br><br>KAWEAH DELTA HOSPITAL; KAWEAH DELTA HEALTH CARE DISTRICT; FAMILY HEALTH CARE NETWORK; PARLEY MADSEN, III, M.D., and AMANDA SEGARS, P.A.; and DOES 1 through 100, inclusive,<br><br>        Defendants. | 1:09-cv-00166-LJO-GSA<br>consolidated with 09-cv-1403<br>(lead case)<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS AND TO CONSOLIDATE CASES** |

The parties, by and through their attorneys, hereby stipulate and agree and request that the Court order as follows:

1. Plaintiff's claims against Kaweah Delta Hospital and Kaweah Delta Health Care District shall be dismissed with prejudice from this matter only, Case No. 1:09-cv-00166-LJO-GSA.

2. Thereafter this action shall be consolidated for all purposes with William Robinson v. Kaweah Delta Hospital et al., Case No. 1:09-cv-01403-LJO-GSA, because the actions involve

1

common parties, common claims and common witnesses, and consolidation serves the interests of judicial economy and convenience of the Court and the parties.

    3. All further filings in these cases shall be made under Case No. 1:09-cv-01403-LJO-GSA.

```
                                    Respectfully submitted,

Dated: December 7, 2009.            BENJAMIN B. WAGNER
                                    United States Attorney


                               By:  /s/ Benjamin E. Hall
                                    BENJAMIN E. HALL
                                    Assistant U.S. Attorney
                                    Attorneys for Defendant
                                    United States of America

Dated: December 7, 2009.            LAW OFFICES OF WILLIAM H.
                                    NEWKIRK

                                    [Authorized 12/4/09]

                               By:  /s/ William H. Newkirk
                                    WILLIAM H. NEWKIRK
                                    Attorneys for Plaintiff

Dated: December 7, 2009.            NELSON & ROZIER

                                    [Authorized 12/3/09]

                               By:  /s/ Jeffery S. Nelson
                                    JEFFERY S. NELSON
                                    Attorneys for Defendants
                                    Kaweah Delta Hospital and
                                    Kaweah Delta Health Care
                                    District
```

**ORDER**

Plaintiff's claims against Kaweah Delta Hospital and Kaweah Delta Health Care District shall be dismissed with prejudice from this matter only, Case No. 1:09-cv-00166-LJO-GSA. The remainder of the above entitled action shall be consolidated with <u>William Robinson v. Kaweah Delta Hospital et al.</u>, Case No. 1:09-cv-01403-

2

LJO-GSA, which shall be the lead case.  All further filings shall be made solely in the lead case.

IT IS SO ORDERED.

Dated:   December 8, 2009              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE