1  Jeffery S. Nelson, 66970
   NELSON & ROZIER
2  3924 W. Caldwell, Suite A
   Visalia, CA  93277-9249
3  Telephone: (559) 713-0159
   Facsimile: (559) 713-0166
4
   Attorneys for defendant,
5  KAWEAH DELTA HEALTH CARE DISTRICT
   (of which Kaweah Delta District
6  Hospital is a division)

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10                              -o0o-

11 WILLIAM ROBINSON,               )
                                   )
12         Plaintiff,              ) Case No. 1:09-CV-01403-LJO-GSA
                                   )
13 vs.                             ) STIPULATION AND ORDER TO
                                   ) EXTEND INITIAL EXPERT WITNESS
14 KAWEAH DELTA HOSPITAL; KAWEAH   ) DISCLOSURES AND TO EXTEND
   DELTA HEALTH CARE DISTRICT;     ) EXPERT DISCOVERY CUTOFF
15 FAMILY HEALTH CARE NETWORK;     )
   PARLEY MADSEN III, M.D.;        )
16 AMANDA SEGARS, P.A.; and DOES   )
   1 through 100, Inclusive,       )
17                                 )
           Defendants.             )
18 _____)

19                              -o0o-

20         The parties, by and through their attorneys of record,

21 hereby STIPULATE and AGREE to extend the date of initial expert

22

23                              -1-

24         STIPULATION AND ORDER TO EXTEND INITIAL
    EXPERT WITNESS DISCLOSURES AND TO EXTEND EXPERT DISCOVERY CUTOFF
25

witness disclosures from July 1, 2010, to **August 2, 2010.**

The parties further STIPULATE and AGREE that the expert witness cutoff date be extended from October 1, 2010, to **November 1, 2010.**

```
Date: June 24, 2010              LAW OFFICE OF WILLIAM H. NEWKIRK

                                 By /S/WILLIAM H. NEWKIRK
                                    William H. Newkirk, attorney
                                    for Plaintiff, William
                                    Robinson

Dated: June 24, 2010             BENJAMIN B. WAGNER
                                 United States Attorney

                                 By /S/BENJAMIN E. HALL

                                    Benjamin E. Hall, Assistant
                                    U.S. Attorney, attorneys for
                                    Defendant, United States of
                                    America

Dated: June 24, 2010             NELSON & ROZIER

                                 By /S/RYAN NELSON FOR
                                    Jeffery S. Nelson, Attorneys
                                    for Defendant, Kaweah Delta
                                    Health Care District
```

**ORDER**

The foregoing stipulation is ADOPTED. The parties are advised that any future stipulations that may impact either the pre trial conference and/or trial date will be directed to District Judge Lawrence J. O'Neill for consideration.

IT IS SO ORDERED.

**Dated:   June 25, 2010**                    /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

-2-

STIPULATION AND ORDER TO EXTEND INITIAL
EXPERT WITNESS DISCLOSURES AND TO EXTEND EXPERT DISCOVERY CUTOFF