```
1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL (SBN 219924)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant
   United States of America
7
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBINSON, | 1:09-cv-01403-LJO-GSA |
| Plaintiff, | **STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| KAWEAH DELTA HOSPITAL; KAWEAH DELTA HEALTH CARE DISTRICT; FAMILY HEALTH CARE NETWORK; PARLEY MADSEN, III, M.D., and AMANDA SEGARS, P.A.; and DOES 1 through 100, inclusive, | Date: November 8, 2010<br>Time: 8:30 a.m.<br>Ctrm: 4<br><br>Hon. Lawrence J. O'Neill |
| Defendants. | |

Pursuant to Local Rule 260(a), Defendant United States of America submits this separate Statement of Undisputed Facts in support of its Motion for Summary Judgment.

///

///

///

| Undisputed Fact | Supporting Evidence |
|---|---|
| 1. Plaintiff, William Robinson, was diagnosed with and underwent surgery to treat a spinal epidural abscess at Kaweah Delta Hospital in January 2007. | 1. Complaint for Damages for Negligence ("Complaint"), Doc. 1-2, at ¶¶ 24-25. |
| 2. In this action, Plaintiff asserts a single cause of action, negligence, against Kaweah Delta Health Care District, Family Healthcare Network and Amanda Segars, P.A., alleging the "negligent failure of Defendants and each of them to competently and timely diagnose, manage, and treat Plaintiff WILLIAM ROBINSON's condition, including but not limited to epidural abscess, and render timely medical treatment . . . ." | 2. Complaint, ¶ 25. |
| 3. The United States Attorney certified that Family Healthcare Network and its employees, including Amanda Segars, P.A., were deemed employees of the Public Health Service pursuant to the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233, and were acting in the scope of such employment during their treatment of Plaintiff. Accordingly, the United States was substituted as defendant in place of Family Healthcare Network and its employees, including defendant Amanda Segars, P.A., pursuant to 28 U.S.C. § 2679(d)(1). | 3. Doc. 1-4, Doc. 1-5. |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| 4. On December 1, 2009, the Court entered its Scheduling Conference Order, which required the parties to serve initial expert witness disclosures, including all information required by Federal Rule of Civil Procedure 26(a)(2)(A) and (B), no later than July 1, 2009. | 4. Doc. 13. |
| 5. On June 25, 2010, the Court approved the parties' stipulation to extend the date for initial expert witness disclosures to August 2, 2010. | 5. Doc. 22. |
| 6. On August 2, 2010, the United States filed its designation of retained expert witnesses, listing Eugene J. Carragee, M.D., and Pamela S. Jones, R.N. | 6. Doc. 23. |
| 7. On August 2, 2010, the United States served by mail upon the counsel of record for Plaintiff and for Kaweah Delta Health Care District the expert reports of Dr. Carragee and Ms. Jones, as required by the Scheduling Conference Order and Rule 26(a)(2)(B), Federal Rules of Civil Procedure. Those reports conclude that Family Healthcare Network and its employees provided appropriate and timely care to Plaintiff. | 7. Declaration of Benjamin E. Hall in Support of Defendant United States of America's Motion for Summary Judgment ("Hall Decl."), ¶ 2; Certificate of Service filed as part of Doc. 23. |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| 8. The United States received the expert witness disclosure and written reports served by mail on August 2, 2010, by defendant Kaweah Delta Health Care District. | 8. Hall Decl., ¶ 3. |
| 9. Plaintiff failed to serve upon the United States any disclosure of expert witnesses or the expert reports required by the Scheduling Conference Order and Rule 26(a)(2)(B), Federal Rules of Civil Procedure. | 10. Hall Decl., ¶ 4. |
| 10. As of the date this motion is filed, Plaintiff has not disclosed to the United States any expert opinion regarding the standard of care, the conduct alleged to breach the standard of care, or causation of any injury | 10. Hall Decl., ¶ 5. |

Respectfully submitted,

Dated: September 23, 2010.

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorneys for Defendant
United States of America

4